**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC | ) | CASE NO. 4:08 CV 00822 |
| | ) | |
| and | ) | |
| | ) | |
| LOCATION BASED SERVICES LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| | ) | |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF AT&T MOBILITY LLC IN OPPOSITION  TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY**

The Court should deny plaintiffs' request for leave to file a surreply brief for two reasons.

First, AT&T Mobility's reply brief simply responded to the arguments made in plaintiffs'

response.  No "new" arguments were made.  Second, the submission of plaintiffs' surreply brief

together with their motion for leave violated the governing case management plan, which clearly

states that "[n]o surreplies will be permitted absent advance leave of Court." *Amended Case

Management Plan*, ¶9 (October 31, 2008) (Filing No. 29) (emphasis in original).

In the event that plaintiffs are permitted to submit their surreply, AT&T Mobility

respectfully requests leave to file a short (three pages or less) response.

{00524608.DOC;1 }

Dated:  April 9, 2009                          Respectfully submitted,

                                               By:_____*/s/ Jennifer B. Wick*_____
                                                   Charles B. Lyon (0019668)
                                                   clyon@calfee.com
                                                   Virginia Davidson (0025773)
                                                   vdavidson@calfee.com
                                                   Nenad Pejic (0066347)
                                                   npejic@calfee.com
                                                   Jennifer B. Wick (0074340)
                                                   jwick@calfee.com
                                                   CALFEE, HALTER & GRISWOLD LLP
                                                   800 Superior Avenue, Suite 1400
                                                   Cleveland, Ohio 44114
                                                   Phone:  (216) 622-8200
                                                   Fax:  (216) 241-0816

                                                   William H. Baumgartner, Jr. (*pro hac vice*)
                                                   wbaumgartner@sidley.com
                                                   SIDLEY AUSTIN LLP
                                                   1 S. Dearborn Street
                                                   Chicago, Illinois 60603
                                                   Phone:  (312) 853-7000
                                                   Fax:  (312) 853-7036

                                                   *Attorneys for Defendant AT&T Mobility LLC*

{00524608.DOC;1 }

## CERTIFICATE OF SERVICE

I certify that on April 9, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____*/s/ Jennifer B. Wick*_____
One of the Attorneys for Defendant
AT&T Mobility LLC

CH1 4643589v.1

{00524608.DOC;1 }