UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EMSAT Advanced Geo-Location Technology, LLC, et al., | ) ) ) | CASE NO. 4:08cv822 |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| AT&T Mobility LLC, | ) ) | |
| Defendant. | ) ) | |

On September 25, 2009, the Court ordered that, on or before October 8, 2009, the parties submit a new schedule for discovery and litigation of this matter. The parties complied with the Court's order on October 8, 2009 (Doc. 88).

The Court hereby ADOPTS the parties' revised schedule (Doc. 88), and incorporates those dates into the Case Management Plan governing the litigation of this matter. *See* Doc. 24. All dates proposed by the parties in their revised schedule shall now govern, as shall any non-scheduling requirements set forth in the Case Management Plan (Doc. 24).

IT IS SO ORDERED.

DATED: November 4, 2009      */s/ John R. Adams*_____
　　　　　　　　　　　　　　　　　Judge John R. Adams
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT